```
                                                                -PS-
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE L. LEWIS,06-R-1625

                Petitioner,

          -v-                              08-CV-6529L
                                              ORDER
RONALD MOSCICKI,

                Respondent.
_____
```

Petitioner, an inmate at the Lakeview Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254, and has paid the fee. Petitioner seeks to challenge a conviction reached in the County Court located in Suffolk County, New York. The Court finds that the Eastern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. *See* <u>Braden v. 30th Judicial Circuit Court of Kentucky</u>, 410 U.S. 484, 499, n.15, 93 S.Ct. 1123, 1132, n.15, 35 L.Ed.2d 443 (1973).

IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Eastern District of New York.

**SO ORDERED**.

                                S/ Michael A. Telesca

                                _____
                                      MICHAEL A. TELESCA
                                   United States District Judge

Dated:    December 10, 2008
          Rochester, New York